UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JANE DOE NO. 55, by and through JANE DOE'S
MOTHER and JANE DOE'S FATHER,

                                                  **Civil Action No.:** 15-cv-570-bbc

                Plaintiff,

v.

MADISON METROPOLITAN SCHOOL DISTRICT,

                Defendant.

---

**PLAINTIFF'S NOTICE OF APPEAL TO COURT OF APPEALS
FROM A JUDGMENT OR ODER OF A DISTRICT COURT**

---

NOTICE IS HEREBY GIVEN that the Plaintiff, JANE DOE NO. 55, by and through JANE DOE'S MOTHER and JANE DOE'S FATHER, by and through the undersigned counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's Opinion and Order [DE 92] and Judgment [DE 93], entered in this action on the 16th day of November, 2016, granting Defendant's Motion for Summary Judgment [DE 50], and OPINION and ORDER [DE 101], entered in this action on the 9th day of February, 2017 denying Plaintiff's Motion [DE 96] pursuant to Fed.R.Civ.P. 59(e).

Jane Doe No. 55 v. Madison Metropolitan School District
15-cv-570-bbc

Dated: March 10, 2017              Respectfully Submitted,

                              HERMAN LAW
                              3351 NW Boca Raton Boulevard
                              Boca Raton, Florida  33431
                              Tel:   305-931-2200
                              Fax:  305-931-0877
                              www.hermanlaw.com

By:    */s/ Lee Gill Cohen*
        **Lee Gill Cohen, Esq.**
        Florida Bar No:  825670
        jherman@hermanlaw.com
        **Stuart Mermelstein, Esq.**
        Florida Bar No:  947245
        smermelstein@hermanlaw.com
        **Arick W. Fudali, Esq.**
        Florida Bar No. 85899
        afudali@hermanlaw.com
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via CM/ECF this 10th day of March, 2017 to:

**Peggy Van Horn, Esq.**
State Bar No. 1001414
Peggy.VanHorn@LibertyMutual.com
LAW OFFICES OF THOMAS P. STILP
11800 West Park Place, Suite 210
PO Box 245023
Milwaukee, WI 53224-9523
*Counsel for Defendant, Madison Metropolitan School District*

By:    */s/ Lee Gill Cohen*
        **Lee Gill Cohen, Esq.**
        Florida Bar No: 825670
        jherman@hermanlaw.com