IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JANE DOE NO. 55, by and through
JANE DOE'S MOTHER and
JANE DOE'S FATHER,

                                                    OPINION and ORDER

                Plaintiff,

                                                    15-cv-570-bbc

     v.

MADISON METROPOLITAN
SCHOOL DISTRICT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    In an order dated November 16, 2016, I granted defendant Madison Metropolitan

School District's motion for summary judgment on plaintiff Jane Doe No. 55's claim that

the district acted negligently and violated Title IX of the Education Amendments of 1972

by failing to prevent a district employee from sexually abusing plaintiff. Dkt. #92. After I

denied her motion for reconsideration, dkt. #101, plaintiff filed a notice of appeal, dkt.

#102. Now the district has filed a motion under Fed. R. App. P. 10 to exclude three

documents from the appellate record. Dkt. #77 (2016 Investigative Report), dkt. #78 (Ptak

Personnel File) and dkt. #79 (Ptak Health File). Because the parties did not rely on those

documents in their summary judgment submissions, I did not rely on the documents in the

summary judgment opinion and plaintiff does not oppose the district's motion, I will grant

the motion.

ORDER

IT IS ORDERED that defendant Madison Metropolitan School District's motion to exclude docket nos. 77, 78 and 79 from the appellate record, dkt. #106, is GRANTED.

Entered this 25th day of April, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge